TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
LIANA MAYILYAN (SBN 295203)
lmayilyan@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant Chase Bank USA, N.A., erroneously sued herein as J.P. Morgan Chase & Co., Chase BankCard Services, Inc., a division of J.P. Morgan Chase and Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB RONZONE, | CASE NO.: 3:15-cv-03293 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| J.P. MORGAN CHASE & CO., CHASE BANKCARD SERVICES, A DIVISION OF J.P. MORGAN CHASE AND CO., | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Chase Bank USA, N.A., erroneously sued herein as J.P. Morgan Chase & Co., Chase BankCard Services, Inc., a division of J.P. Morgan Chase and Co. ("Defendant") hereby removes to this Court the state court action described below.

1. On May 20, 2015, a complaint was filed against Defendant by plaintiff Rob Ronzone ("Plaintiff"), in the Superior Court of the State of California in and for the County of San Francisco, in an action styled as *Rob Ronzone v. J.P. Morgan Chase & Co. et al*, Case No. CGC-15-545929.  A copy of the state court complaint ("Complaint") and other documents that were served on Defendants are attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was first served with a copy of the Complaint on June 17, 2015, as reflected on the Service of Process transmittal that is attached hereto as **Exhibit B**.

## JURISDICTION

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, excluding interest, costs and attorney fees.  Plaintiff is an individual alleged to reside in the State of California.  *See* Exhibit A, Complaint for Damages, ¶ 3.  Defendant is a national banking association located in Delaware.  The Complaint further alleges that Plaintiff has sustained damages in excess of $500,000.00.  *See* Exhibit A, Complaint for Damages, p. 3, subsections (1) - (2).

## VENUE

4. The Complaint was filed in the Superior Court of California, County of San Francisco. *See* Exhibit A. Venue in this District Court is therefore proper. *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(a) (The Northern District comprises the counties of, *inter alia*, San Francisco).

5. Defendant is represented by the undersigned.

DATED: July 15, 2015                    SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
                                        LIANA MAYILYAN

                                        By: /s/ Liana Mayilyan
                                            Liana Mayilyan
                                            Attorneys for Defendant Chase Bank
                                            USA, N.A., erroneously sued herein as
                                            J.P. Morgan Chase & Co., Chase
                                            BankCard Services, Inc. a division of
                                            J.P. Morgan Chase and Co.