UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB RONZONE,<br><br>           Plaintiff,<br><br>   v.<br><br>J.P. MORGAN CHASE & CO., et al.,<br><br>           Defendants. | Case No. 15-cv-03293-CRB   (JSC)<br><br>**ORDER CONTINUING DISCOVERY CONFERENCE TO FEBRUARY 2, 2016 AT 9:30 A.M.** |

On January 21, 2016, the parties' discovery dispute (Dkt. No. 21) was referred to the undersigned judge for resolution. The next day, January 22, 2016, the Court scheduled a telephonic hearing for Tuesday, January 26, 2016 at 2:30 p.m. Also, on January 22, 2016 Plaintiff filed a notice of discovery dispute. (Dkt. No. 23.) Plaintiff did not appear for the telephone conference on January 26, 2016 and did not notify the Court in advance that he would not appear.

Accordingly, the discovery conference is continued to February 2, 2016 at 9:30 a.m. Counsel for each party **shall appear in person** in Courtroom F, 450 Golden Gate Avenue, San Francisco, CA 94102. Counsel shall bring copies of any initial disclosures and discovery responses produced to date.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge