UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB RONZONE,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE & CO., et al.,<br><br>    Defendants. | Case No. 15-cv-03293-CRB (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br>Re: Dkt. Nos. 21 & 23 |

On January 21, 2016, this action was referred to the undersigned magistrate judge for purposes of discovery. (Dkt. No. 22.) The parties each filed statements outlining various discovery disputes and the Court heard argument regarding the matters on February 2, 2016. (Dkt. Nos. 21 & 23.) For the reasons stated on the record, the parties shall supplement their discovery responses as follows:

**Stipulated Protective Order**: the parties have agreed to the Northern District of California's Stipulated Model Protective Order. They shall file an executed version with the Court by February 5, 2016.

**Plaintiff's Initial Disclosures**: Plaintiff shall send Defendants a letter containing "a computation of each category of damages claimed" in accordance with Federal Rule of Civil Procedure 26(a)(iii) by February 5, 2016.

**Defendants' Interrogatory No. 2**: Plaintiff shall amend his response to identify any written disputes submitted to Chase regarding the charges at issue by February 12, 2016.

**Defendants' Interrogatory No. 4**: in lieu of amending his response to this interrogatory, Plaintiff shall produce his cell phone records from December 17, 2014 through April 23, 2015, and shall do so by February 12, 2016. Plaintiff may designate these records as confidential pursuant to the parties' protective order. Defendants will also send Plaintiff a list of all the Chase

numbers which Plaintiff may have called regarding this matter by this same date.

**Defendants' Interrogatory No. 5**: Plaintiff will amend his response to directly answer the interrogatory by February 12, 2016.

**Defendants' Interrogatory No. 12**: Plaintiff will amend his response to identify Sergeant Kennedy with his phone number by February 12, 2016.

**Defendants' Request for the Production of Documents**: Plaintiff will resend to Defendants the documents shown to the Court at the February 2, 2016 hearing, including those marked K2, K3, and K4, by February 12, 2016.

**Plaintiff's Interrogatories**: Defendants will identify all of the individuals at Chase involved in the dispute in response to Interrogatory Nos. 2, 3, 5, 7, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 21, and 22 by February 12, 2016. Defendants represented that they are all still employed by Chase and thus represented by Defendants' counsel.

**Plaintiff's Request for the Production of Documents**: Defendants will mail or otherwise deliver responsive documents previously withheld as confidential by February 3, 2016. To the extent that Defendants are withholding any tape recordings or documents memorializing conversations with Plaintiff, Defendants shall identify the date, time, and parties to any such conversation and Defendants shall provide Plaintiff with a letter confirming that information in each of these recordings and documents will not be used for any purpose other than impeachment pursuant to Federal Rule of Civil Procedure 26(b)(3). Defendants shall do so by February 12, 2016.

**Plaintiff's Deposition**: the parties will work together to schedule the deposition for a mutually agreeable date following the exchange of the discovery addressed in this Order.

This Order resolves Docket Nos. 21 & 23.

**IT IS SO ORDERED.**

Dated: February 2, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2