**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB RONZONE,<br><br>          Plaintiff,<br><br>     v.<br><br>J.P. MORGAN CHASE & CO., ET AL.,<br><br>          Defendants.      / | No. C15-03293 CRB<br><br>**ORDER DENYING MOTION TO POSTPONE SETTLEMENT CONFERENCE** |

Defendant's Administrative Motion to Postpone the settlement conference in this case is DENIED.

**IT IS SO ORDERED.**

Dated: February 25, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE